UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMAAL R. JOHNSON

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 11-325-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 19, 2011 (doc. no. 18). Petitioner filed an objection which essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition for Writ of Habeas Corpus (doc. no. 1) filed by Jamaal R. Johnson, is DISMISSED WITH PREJUDICE.

Baton Rouge, Louisiana, this 4th day of November, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE