UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMAL JOHNSON

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO. 11-325-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 19, 2016 (doc. no. 36). The plaintiff filed an objection which lacks merit. The Magistrate Judge has correctly construed the pleadings and petitioner's arguments lack any factual or legal basis.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion (doc. no. 34) is DENIED. Further, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability is DENIED.

Baton Rouge, Louisiana, this 14th day of June, 2016.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE